United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re **Zane & Co. Hair Salon Inc.**
Debtor(s)

Case No. **3:10-bk-10839**
Chapter **11**

# Debtor's Chapter 11 Case Management Summary

Zane & Co. Hair Salon Inc., a Domestic Profit Corporation, pursuant to Administrative Order 2009-1, hereby files this Chapter 11 Case Management Summary. In support of this Summary, the Debtor would show:

## Introduction

The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on December 17, 2010. An order for relief was entered, and pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtor retained possession of its property, its assets, and is duly authorized as debtor-in-possession to continue the operation and management of its business. No trustee or examiner has been appointed in this bankruptcy case. A committee of unsecured creditors has not been appointed.

## Case Management Items

### I. Description of the Debtor's Business

Debtor's business operations involve hair and beauty services as well as selling hair and beauty products.

### II. Location of Debtor's Operations and Whether Leased or Owned

The Debtor's operations are located at 4209 St. Johns Avenue, Jacksonville, Florida 32210. The Debtor's mailing address is 4209 St. Johns Avenue, Jacksonville, Florida 32210. The property is leased by the Debtor and they are current on the lease.

### III. Reasons for Filing Chapter 11

The Debtor has operated since 1982 and has been very successful in the past. It like many other companies in service industry has been impacted by the tough economic situation. Because the Debtor is an upscale hair salon it has lost customers due to the bad economical climate.

The Debtor to make up for the slow services started to fall behind on taxes to the Internal Revenue Service. In an attempt to get this corrected the Debtor hired a tax attorney that was unfortunately disbarred in the middle of their case. Because of the disbarment the Debtor lost a lot of time and during this period the taxes continued to grow.

The Debtor intents to restructure its tax debt in a way to allow it to successfully operate. Given the Debtor's history and knowledge in the business they believe they can overcome the current financial situation and run strong again.

## IV. List of Officers and Directors and Their Salaries and Benefits at the Time of Filing

| Name and Address | Title | Salary/Benefits |
|---|---|---|
| Krashel Z. Shaw<br>4209 St. Johns Avenue<br>Jacksonville, Florida 32210 | President/Director | App. $1,800.00 Weekly<br>Based All Upon Commission |
| J.C. Dalton<br>4209 St. Johns Avenue<br>Jacksonville, Florida 32210 | Vice President | None |

## V. Debtor's Annual Gross Revenues

2010 YTD Gross Income – $599,484.00
2009 Gross Income - $536,687.00

## VI. Amount Due to Various Classes of Creditors

The Debtor owes approximately $50,000.00 to 60,000.00 to the Internal Revenue Service and a relatively small amount to unsecured creditors. The Debtor has no secured debt.

## VII. General Description and Value of Debtor's Assets

The Debtor's assets consist of business equipment and a few supplies for the business.

## VIII. Number of Employees and Amount of Wages Owed as of Petition Date

12 – No wages owed as of date of filing.

## IX. Status of Debtor's Payroll and Sales Tax Obligations

The Debtor is currently behind on payroll taxes and intends on correcting that through this bankruptcy.

## X. Anticipated Emergency Relief Within 14 Days of Petition Date

The Debtor does not anticipate any emergency relief necessary.

Submitted by: /s/ Jason A. Burgess
Jason A. Burgess
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100
(904) 9818015 facsimile
jason@jasonaburgess.com
*Proposed Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee via the CM/ECF system on December 17, 2010 in accordance with Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

                                                  /s/ Jason A. Burgess_____